UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------X    19-cv-1762(DRH)(GRB)
JOSE REYES, and JOSE SALVADOR,

                                         Plaintiffs,

           -against-    **ACCEPTANCE OF RULE 68 OFFER OF JUDGMENT**

ALMA REALTY CORP.,

                                         Defendant.
-------------------------------------------------------------------------X

TO:    Meltzer, Lippe, Goldstein & Breitstone, LLP
         Nicholas P. Melito, Esq.
         *Counsel for Defendant*
         190 Willis Avenue
         Mineola, NY 11501
         (516) 747-0300

        PLEASE TAKE NOTICE that Plaintiffs Jose Reyes and Jose Salvador, pursuant to Rule 68 of the Federal Rules of Civil Procedure, hereby accept the attached Offer of Judgment of Defendant Alma Realty Corp. served on July 11, 2019 in the above-entitled action.

Dated: Uniondale, NY                      Tilton Beldner, LLP
       July 12, 2019                            626 Rxr Plaza
                                                      Uniondale, NY 11556
                                                        (631) 629-5291

                                                        _____s/_____
                                                        Eric S. Tilton
                                                        *Counsel for Plaintiffs*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------- x

JOSE REYES, and JOSE SALVADOR,

                              Plaintiffs,

-against-

ALMA REALTY CORP.,

                              Defendant.

------------------------------------------------------------------- x

**OFFER OF JUDGMENT**

No. 19 Civ. 01762 (DRH)(GRB)

      **PLEASE TAKE NOTICE** pursuant to Rule 68 of the Federal Rules of Civil Procedure, Alma Realty Corp. ("Defendant") in the above-referenced matter hereby offers to allow judgment to be taken against it by Plaintiffs, Jose Reyes and Jose Salvador (collectively, "Plaintiffs") in this action, in the total amount of Eighty-Six Thousand Dollars and Zero Cents ($86,000.00) (the "Settlement Amount") inclusive of all interest, costs, and reasonable attorneys' fees. Each Plaintiff will receive their respective pro rata share of the Settlement Amount.

      This offer is inclusive of all claims of whatever nature, for all damages, including, but not limited to alleged unpaid wages, consequential damages, statutory damages, liquidated damages, benefits, pre-judgment and post judgment interest, and attorneys' fees and costs. This offer of judgment is made for the purposes specified in Rule 68, and is not to be construed either as an admission that Defendant is liable in this action in any way to Plaintiffs or that Plaintiffs have suffered any damages. In fact, Defendant expressly and vigorously deny Plaintiffs' claims.

Dated: Mineola, New York
          July 11, 2019

                                  **MELTZER, LIPPE, GOLDSTEIN & BREITSTONE, LLP**

                                  By: _____
                                      Nicholas P. Melito, Esq.
                                      Larry R. Martinez, Esq.
                                      Jonathan D. Farrell, Esq.
                                      *Attorneys for the Defendant*
                                      190 Willis Avenue
                                      Mineola, New York 11501
                                      (516) 747-0300